No. 84–733. ROGERS v. NORTH CAROLINA. Appeal from Ct. App. N. C. dismissed for want of substantial federal question.

No. 84–828. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, INC., ET AL. v. SOUTH CAROLINA EX REL. DANIEL, LIEUTENANT GOVERNOR OF SOUTH CAROLINA, ET AL. Appeal from D. C. S. C. dismissed for want of jurisdiction.

No. 83–1554. UNITED STATES v. DiMATTEO ET AL. C. A. 11th Cir. Motion of respondent Morris Kessler for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Luce v. United States, ante, p. 38. JUSTICE POWELL took no part in the consideration or decision of this motion and this case.

No. — — ——. BONIN v. AMERICAN AIRLINES, INC., ET AL. Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. — — ——. CALIFORNIA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. A–423. GOLD v. UNITED STATES. C. A. 11th Cir. Application for stay and/or bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–457 (84–5424). HERSHIPS v. REES. Sup. Ct. Cal. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.